UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COACH SERVICES, INC. and
COACH, INC.,

       Plaintiffs,                        Civil Action No.
                                                  12-CV-11223
vs.
                                                  HON. MARK A. GOLDSMITH

WIRELESS STAR, INC. and
JIMMY BYNUM,

       Defendants.
_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING THE REPORT AND RECOMMNEDATION OF MAGISTRATE JUDGE RANDON DATED FEBRUARY 11, 2013 [31] AND GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT WIRELESS STAR, INC. [24]**

      This matter is presently before the Court on the Report of Recommendation (R&R) of Magistrate Judge Mark A. Randon, issued on February 11, 2013. Magistrate Judge Randon recommends that Plaintiffs' motion for default judgment as to Defendant Wireless Star, Inc. be granted and that judgment be entered in favor of Plaintiffs and against Defendant Wireless Star, Inc. in the amount of $2,000,000. Defendant Jimmy Bynum, a former officer of Defendant Wireless Star, Inc., which is now apparently dissolved, filed an objection to the R&R. However, the objection is improperly filed because, so far as the Court is aware, Jimmy Bynum is not a licensed attorney and cannot litigate on behalf of another party. See Doherty v. Am. Motors Corp., 728 F.2d 334, 340 (6th Cir. 1984) ("The rule of this circuit is that a corporation cannot appear in federal court except through an attorney.").

      Having carefully reviewed Plaintiffs' motion and the attached declaration, the Court agrees with the Magistrate Judge that a default judgment against Defendant Wireless Star, Inc. is

now appropriate. Accordingly, the Court grants Plaintiffs' motion (Dkt. 24). This case shall proceed against Defendant Jimmy Bynum only, the last remaining Defendant.

SO ORDERED.

Dated: March 21, 2013           s/Mark A. Goldsmith
      Flint, Michigan           MARK A. GOLDSMITH
                                          United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 21, 2013.

                                          s/Deborah J. Goltz
                                          DEBORAH J. GOLTZ
                                          Case Manager